■ BLOCK 6222 CONSTRUCTION CORP., Respondent, v MOUHE-BAT SOBHANI, Appellant. [923 NYS2d 900]—In an action to recover damages for fraud and unjust enrichment, the defendant appeals from a judgment of the Supreme Court, Richmond County (Pizzuto, J.H.O.), entered April 13, 2010, which, after a nonjury trial, is in favor of the plaintiff and against him in the principal sum of $450,000.

Ordered that the appeal is dismissed, with costs.

"It is the obligation of the appellant to assemble a proper record on appeal, which must contain all of the relevant papers that were before the Supreme Court" (*Wen Zong Yu v Hua Fan*, 65 AD3d 1335 [2009]; *see* CPLR 5526; *Cohen v Wallace & Minchenberg*, 39 AD3d 689 [2007]; *Matter of Remy v Mitchell*, 60 AD3d 860 [2009]). Since, under the circumstances, the record here is inadequate to enable this Court to render an informed decision on the merits, the appeal must be dismissed (*see Emco Tech Constr. Corp. v Pilavas*, 68 AD3d 918, 918-919 [2009]; *Matter of Allstate Ins. Co. v Vargas*, 288 AD2d 309, 310 [2001]). Angiolillo, J.P., Florio, Belen and Roman, JJ., concur.